TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00618-CR






Jordan Milan Greenlee, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 9024075, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was tendered for filing on June 20, 2003, in compliance with
this Court's order. We are now informed that the record does not contain the jury voir dire. The
reporter asks that the Court give him "as much time as you can" to prepare and file the remainder
of the record.

The court reporter for the 299th District Court, Mr. Leon Justice, is ordered to file the
supplemental reporter's record no later than September 22, 2003. No further extension of time will
be granted.

It is ordered August 15, 2003.


Before Chief Justice Law, Justices Kidd and Patterson

Do Not Publish